IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Hazel Elizabeth Scott, ) | Case No 2:17-cv-00368-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER AND OPINION** |
| ) | |
| State of South Carolina, State Department ) | |
| of Health and Environmental Control, ) | |
| *and All Persons Acting on Its Behalf,* ) | |
| ) | |
| Defendants. ) | |

Plaintiff, Hazel Elizabeth Scott, proceeding *pro se* and *in forma pauperis*, filed a motion for an emergency temporary restraining order (TRO) and preliminary injunction on February 7, 2017. (Dkt. No. 1.) Plaintiff alleges that a piece of land in Ravenel, South Carolina has been contaminated by hazardous chemicals that leaked out from underground storage tanks on an adjacent parcel of land. This matter is before the Court on the Report and Recommendation ("R. & R.") of the Magistrate Judge to deny Plaintiff's motion for a TRO and preliminary injunction. (Dkt. No. 10.)

No objections to the R. & R. have been filed. While this Court will conduct a *de novo* review of any portion of the R. & R. to which a specific objection is made, it appears Congress did not intend for the district court to review the factual and legal conclusions of the Magistrate absent objection by any party. 28 U.S.C. § 636(b)(1); *Thomas v. Arn,* 474 U.S. 140 (1985).

This Court's review of the record indicates that the R. & R. accurately analyzes the facts of this case and the applicable law. Plaintiff has not met the requirements to obtain a preliminary injunction under Federal Rule of Civil Procedure 65(a) or a temporary restraining order under Rule 65(b). Accordingly, this Court adopts the Magistrate's R. & R. (Dkt. No. 10) as the Order

-2-

of this Court. Plaintiff's motion for an emergency temporary restraining order and preliminary injunction (Dkt. No. 1) is **DENIED**.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

March 3, 2017
Charleston, South Carolina